PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARGARET LEHRKIND, CASB 317414
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4829
      E-Mail: Margaret.Lehrkind@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN CERVANTEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:23-cv-00185-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME; ORDER<br><br>(Doc. 17) |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended fourteen (14) days from September 8, 2023, up to and including September 22, 2023. This is the Defendant's first request for an extension.

    Defendant has good cause for requesting an extension. Defendant has reviewed the transcript and pleadings in this case. She requests a two-week extension in order to discuss possible settlement options with her client. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                         Respectfully submitted,

Dated: September 6, 2023     .                        /s/  *Jonathan Omar Pena*  \*

| | |
|---|---|
| | (*as authorized via e-mail on September 6, 2023) |
| | JONATHAN OMAR PENA |
| | Attorney for Plaintiff |
| Dated:  September 6, 2023 | PHILLIP A. TALBERT |
| | United States Attorney |
| | MATHEW W. PILE |
| | Associate General Counsel |
| | Social Security Administration |
| By: | /s/ *Margaret Lehrkind* |
| | MARGARET LEHRKIND |
| | Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

**ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion (Doc. 17), and for good cause shown (Fed. R. Civ. P. 16(b)(4)), IT IS ORDERED that Defendant shall have an extension, up to and including September 22, 2023, to respond to Plaintiff's Motion for Summary Judgment.  All other dates in the Scheduling Order (Doc. 5) are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **September 7, 2023**            /s/ *Sheila K. Oberto*
                                                           UNITED STATES MAGISTRATE JUDGE