PHILLIP A. TALBERT
United States Attorney
MATHEW PILE
Associate General Counsel
Office of Program Litigation, Office 7
MARGARET LEHRKIND, CSBN 314717
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Tel: (510) 970-4829
Email: Margaret.Lehrkind@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| SUSAN CERVANTEZ,<br><br>  Plaintiff,<br><br>vs.<br><br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.: 1:23-cv-00185-SKO<br><br>STIPULATION AND UNOPPOSED MOTION TO REMAND; ORDER<br><br>(Doc. 19) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Acting Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new hearing and a new decision.

On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final

Stip. to Remand; 1:23-cv-00185-SKO

judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted this 15th day of September 2023.

Dated:  September 18, 2023          /s/ *Jonathan Omar Pena*
                                    JONATHAN OMAR PENA
                                    Attorney for Plaintiff
                                    (as approved via email)

Dated:  September 18, 2023          PHILLIP A. TALBERT
                                    United States Attorney

                          By:       /s/ *Margaret Lehrkind*
                                    MARGARET LEHRKIND
                                    Special Assistant United States Attorney

                                    Attorneys for Defendant

**ORDER**

Based upon the parties' foregoing Stipulation and Unopposed Motion to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 19), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and thereafter close this case.

IT IS SO ORDERED.

Dated:   **September 18, 2023**             /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE

Stip. to Remand; 1:23-cv-00185-SKO